# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL CASE NO.:** |
| v. | **1:17-cr-00132-MHC-1** |
| **BANKA MANNEH** | |

## DEFENDANT MANNEH'S MOTION TO MODIFY CONDITIONS OF RELEASE

Defendant Banka Manneh moves to modify his conditions of supervised release in keeping with the modifications ordered by the United States District Court for the District of Minnesota with respect to his codefendant Cherno Njie and coconspirator, Papa Faal, 15-28 (RHK), Doc. No. 95. In particular, Mr. Manneh requests that Special Conditions (e) (computer access and supervision), (g) (financial supervision), (h) (material reflecting extremist views), and (j) (polygraph testing) be stricken and that his supervised release term be commuted, such that it will expire in six months, provided that there are no supervision violations in the interim.

The District Court for the District of Minnesota ordered these modifications on behalf of Messrs. Njie and Faal based on the change in government in the Gambia since sentencing, the strong support of the defendants from the new government of the Gambia, the fact that the defendants have no criminal record

other than this case, and the fact that they are in compliance with their conditions of supervised release. All of these same rationales apply with full force to Mr. Manneh.

In particular, undersigned counsel has spoken to Probation Officer Kelly Brewer and she has no objection to the early termination of his supervised release term.

Attached are Mr. Manneh's sentence, Transfer of Jurisdiction, and his Co-defendant Alagie Barrow's Order modifying his conditions of release (Exhibits 1, 2, and 3).

Defendant Banka Manneh respectfully requests that his supervised release be modified for early termination.


Dated: This 14th day of July, 2017.


Respectfully submitted,

/s/ Bruce Maloy
BRUCE MALOY
Georgia Bar No. 468525
Maloy Jenkins Parker
Twenty-fifth floor
75 Fourteenth Street N.W.
Atlanta, Georgia 30309
Phone: (404) 875-2700
Fax: (404) 875-8757
maloy@mjplawyers.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL CASE NO.:** |
| **v.** | **1:17-cr-00132-MHC-1** |
| **BANKA MANNEH** | |

## CERTIFICATE OF SERVICE

This is to certify that I have this day electronically filed the foregoing MOTION TO MODIFY CONDITIONS OF RELEASE with the Clerk of Court using the CM/ECF system which will automatically send email notifications of such filing upon all counsel of record.

Dated: This 14th day of July, 2017.

/s/ Bruce Maloy
BRUCE MALOY
Georgia Bar No. 468525
Maloy Jenkins Parker
75 Fourteenth Street, NW
25th Floor
Atlanta, GA 30309
(404) 875-2700 (phone)
(404) 875-8757 (facsimile)
maloy@mjplawyers.com