IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,

v.

BANKA MANNEH,

      Defendant.

CRIMINAL ACTION FILE

NO. 1:17-CR-132-MHC

## ORDER

This case comes before the Court on Defendant's Motion to Modify

Conditions of Release [Doc. 3].

## I.  BACKGROUND

On May 12, 2016, Defendant was sentenced to six months in the custody of

the United States Bureau of Prisons by the Honorable Richard S. Kyle in the

United States District Court for the District of Minnesota after his conviction for

conspiracy to make an expedition against a friendly nation and conspiracy to use a

firearm in furtherance of a crime.  [Doc. 3-1.]  Defendant also was sentenced to

serve three years of supervised release with standard conditions and a number of

special conditions, including that Defendant shall not possess or use a computer

without the prior approval of the Probation Office, shall provide the Probation

Office access to any requested financial information, shall not possess material that reflects extremist views as deemed to be inappropriate by the Probation Office, and shall submit to periodic polygraph testing. Id.

Defendant was released from custody and began his period of supervised release on February 9, 2017. Transfer of Jurisdiction [Doc. 3-2]. Supervision was transferred to this District on March 24, 2017. Id. In light of the change in the government of Gambia since the sentencing of he and his co-defendant, Alagie Barrow, Judge Kyle ordered that the above-enumerated special conditions be stricken from the judgment and commitment order applicable to Barrow and that Barrow's supervised release term be commuted such that it would expire in six months. Order of June 19, 2017 in United States v. Barrow, Crim. No. 15-35(2) (D. Minn.) [Doc. 3-3]. Defendant seeks the same modifications as have been granted to co-defendant Barrow. The Court has been advised by both the Government and the Probation Office that they do not object to Defendant's motion for modification.

Accordingly, it is hereby **ORDERED** that Defendant's Motion to Modify Conditions of Supervised Release [Doc. 3] is **GRANTED**.

It is further **ORDERED** that special conditions (e) (computer access and supervision), (g) (financial supervision), (h) (material affecting extremist views),

2

and (j) (polygraph testing) are **STRICKEN** from the requirements of Defendant's supervised release.

It is further **ORDERED** that Defendant's supervised release shall be terminated six (6) months from the date of this Order, provided that there are no supervised release violations prior to that date.

**IT IS SO ORDERED** this 31st day of July, 2017.

MARK H. COHEN
United States District Judge

3